IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ANN ARBITMAN, | CV 17–103–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAWS UP RANCH, LLC, and DOES A–E, | |
| Defendants. | |

The Parties having filed notice of their Stipulation for Dismissal with Prejudice (Doc. 26),

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE. Each Party is to bear its own costs.

DATED this 2nd day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court